# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| **Miguel Zelaya,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 3:21-cv-00671-RJC |
| | ) | 3:15-cr-00121-RJC-DSC |
| vs. | ) | |
| | ) | |
| **USA,** | ) | |
| Respondent(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 11, 2022 Order.

January 11, 2022

*Frank G. Johns* (signature)

Frank G. Johns, Clerk
United States District Court